# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RICKY FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| vs. | ) |
| | ) 1:14-cv-02379-TCB-ECS |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

This is to certify that I have this day served a true and correct copy of the following documents

1. Defendant Equifax Information Services LLC's First Request for Admissions To Plaintiff

2. Defendant Equifax Information Services LLC's First Request For Production of Documents to Plaintiff;

3. Defendant Equifax Information Services LLC's First Interrogatories to Plaintiff; and this

4. Certificate of Service of Discovery Documents

by depositing same in the United States mail, properly addressed and with sufficient postage affixed thereto to ensure delivery, to the following:

Ricky R. Franklin
708 Brambling way
Stockbridge, GA 30281

Dated: February 5, 2015.

/s/ Brian J. Olson
Phyllis B. Sumner (Ga. Bar No. 692166)
Lewis P. Perling (Ga. Bar No. 572379)
Brian J. Olson (Ga. Bar No. 553054)
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com
Email: lperling@kslaw.com
Email: bjolson@kslaw.com

*Attorneys for Equifax Information Services LLC*

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this **CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS** and that it has been formatted in compliance with Local Rule 5.4.

Dated:  February 5, 2015.

*/s/  Brian J. Olson*
Brian J. Olson
